FILED _____ENTERED
_____LODGED_____RECEIVED

AUG 2 0 2002    KN

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ _____
DEPUTY

AUG 22 2002



CV 01-05124  #00000068

The Honorable Robert J Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN S TEMPLE,

              Plaintiff,

        v

ALLSTATE INSURANCE COMPANY, a
foreign Corporation,

              Defendant

No CO1- 5124 RJB

**PLAINTIFF'S EXHIBITS
IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT**

## PLAINTIFF'S EXHIBITS

Attached hereto are Plaintiff's Exhibits 1-42 offered in support of Plaintiff John

Stephen Temple's Motion for Partial Summary Judgment.

        Exhibit 1      "Preparing for the Future" Booklet

        Exhibit 2      May 24, 2000 letter from Daryl Page, Allstate Field Vice
                         President

PLAINTIFF'S EXHIBITS           Page - 1
No CO1- 5124 RJB

THE BLANKENSHIP LAW FIRM, P S
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle Washington 98101
(206) 343-2700

ORIGINAL

| Exhibit 3 | General Release and Waiver Agreement |
| Exhibit 4 | "Preparing for the Future" Q & A Confidentiality and Non-Compete |
| Exhibit 5 | Steve Temple's Agent Employment and Non-Compete Agreement |
| Exhibit 6 | May 7, 1998 Letter from Rollie Poulter |
| Exhibit 7 | August 25, 1998 Letter from Rollie Poulter |
| Exhibit 8 | Documents Describing Program at Olympic Memorial Hospital |
| Exhibit 9 | "Telling It Straight" – August 31, 1998 |
| Exhibit 10 | Request from Lisa Temple – November 17, 1998 |
| Exhibit 11 | Allstate Discussion re CA Agents Lawsuit - January 8, 1996 |
| Exhibit 12 | Two (2) page letter from Steve Crosby to Penny Watson re Accommodation |
| Exhibit 13 | June 9,1999 DOL Wage and Hour Division Letter to Allstate |
| Exhibit 14 | Allstate Voluntary R3001 Exclusive Agency Agreement and Non-Compete Agreement |
| Exhibit 15 | June 17, 2002 Report of Andrea Jacobson, M.D , Ph D |
| Exhibit 16 | November 5, 1998 Seattle Heart Clinic Notice re John Temple Disabilities |
| Exhibit 17 | April 16, 1999 Letter from Lisa Temple with Handwritten Notes from Rob Fowler |
| Exhibit 18 | April 13, 1999 Letter from Steve Temple with Attachments |
| Exhibit 19 | August 11, 1999 Letter from Debbie Cooper |
| Exhibit 20 | January 18, 2000 Letter from Tim Plohg, Field Vice President |
| Exhibit 21 | January 6, 1999 Letter from Olsen Staffing Services |

PLAINTIFF'S EXHIBITS
No CO1- 5124 RJB

Page - 2

THE BLANKENSHIP LAW FIRM, P S.
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington  98101
(206) 343-2700

| | |
|---|---|
| Exhibit 22 | Defendant Allstate's Responses to Plaintiff's First Requests for Admissions in the matter of *Hogan v Allstate* |
| Exhibit 23 | February 24, 1999 Letter from Steve Temple |
| Exhibit 24 | May 24, 2000 Letter from Lisa Temple |
| Exhibit 25 | Allstate Letters to Montana and West Virginia Agents |
| Exhibit 26 | Report of Eugene Silberberg, Ph D , of June 4, 2002 |
| Exhibit 27 | Allstate's Answers to Plaintiff's First Request for Admissions Nos 12, 14 |
| Exhibit 28 | Defendant's Answer to Interrogatory No 23 |
| Exhibit 29 | Answer to Second Amended Complaint |
| Exhibit 30 | November 16, 1999 Notice Regarding the "Preparing for the Future" Conversion Packet Documents |
| Exhibit 31 | R3001 EA Conversion Analysis |
| Exhibit 32 | IRS Closing Agreement dated September 4, 1999 |
| Exhibit 33 | "Direct Express" March 10, 1999 |
| Exhibit 34 | "Stalked by Allstate," *Fortune*, New York; October 2, 1995, Behar, Richard |
| Exhibit 35 | "Allstate Slapped   ," *Fortune*, New York, October 30, 1995, Behar, Richard |
| Exhibit 36 | May 2, 2000 Letter from EEOC to Allstate |
| Exhibit 37 | November 16, 1999 Allstate Document "Age Discrimination in Employment ("ADA") Waiver Information" |
| Exhibit 38 | Excerpts from "The Allstate Corporation 1995 Annual Report" (pages 47 and 69) |
| Exhibit 39 | November 16, 1999 Allstate Survey "Employee Agent Overnight Telephone Survey" |

THE BLANKENSHIP LAW FIRM, P.S.
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington 98101
(206) 343-2700

Exhibit 40 — Defendant's Allstate's Supplemental Response to Plaintiff's Interrogatories 6 and 12

Exhibit 41 — March 12, 1999 letter from Lisa Temple (without attachments) with handwritten notations by Rob Fowler

Exhibit 42 — July 12, 1999 letter from Lisa Temple

Each of the above documents is a true and correct copy of a document received or

created by Allstate Insurance Co , John Stephen Temple, and/or Lisa Temple as

authenticated in the Declarations Scott C G  Blankenship, John S  Temple, and Lisa Temple

Signed at Seattle, Washington, this 20th day of August, 2002

By: _____
Beth A  Barrett
WSBA No  31702

PLAINTIFF'S EXHIBITS
No  CO1- 5124 RJB

Page - 4

THE BLANKENSHIP LAW FIRM, P S
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington  98101
(206) 343-2700

## DECLARATION OF SERVICE

The undersigned hereby declares under penalty of perjury under the laws of the State of Washington that, on the below date, I mailed or caused delivery of a true copy of this document to

Karen Jones
Riddell Williams, P S
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-1065

at her regular office

DATED this 20th day of August , 2002, at Seattle, Washington

PLAINTIFF'S EXHIBITS                     Page - 5
No CO1- 5124 RJB

THE BLANKENSHIP LAW FIRM, P S
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington 98101
(206) 343-2700

# ATTACHMENTS

# NOT SCANNED